# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID L. DICKINSON,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 05-0184-CG-D** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 02-00078-CG** |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is, therefore,

**ORDERED** that petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 58) is hereby **DENIED**, petitioner's motions to proceed in forma pauperis (Docs. 64 & 66) are deemed to be **MOOT**, and petitioner's motion to renounce United States Citizenship (Doc. 67) is **DENIED**.

**DONE and ORDERED** this 6th day of October, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE